**BRIAN KAPLAN, P.C.**
*Attorneys At Law*
11 Park Place - Suite 1005
New York, New York 10007
212-269-2363

**VIA ECF**

February 8, 2022

Honorable Colleen McMahon
United States District Court
Southern District
500 Pearl Street
New York, New York 10007

Re: U.S.A. v. Sanjay LaForest
21 Cr. 272 (CM)

Dear Judge McMahon:

As you are aware, I represent the aforementioned defendant, Sanjay LaForest. The bail conditions presently limit Mr. LaForest's travel to the Southern and Eastern Districts of New York and to New Jersey. I am respectfully requesting a modification of the release order. I am hereby requesting that Mr. LaForest be allowed to travel to Florida from February 15th, 2022 to March 5, 2022. Your Honor approved a recent request for Mr. Laforest to travel to Florida in order to supervise a design project. That project was not completed and he is needed to continue supervising the project. The address and other details of the project have been provided to pre-trial services. Assistant United States Attorney Matthew Shahabian and Pre-Trial Services Officer Laura Gialanella have no objection to the proposed modification.

Please contact me if you have any questions or concerns.

Sincerely,

Brian Kaplan, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/22

2/14/22

**SO ORDERED:**

Honorable Colleen McMahon

CC: AUSA Matthew Shahabian
(Via ECF)