# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

SANJAY LAFOREST,

        Defendant.

21 CR 272-04 (CM)

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/2024

It is hereby ordered that Sanjay LaForest, the defendant, having been sentenced in the above case to the custody of the Attorney General, is to surrender to the Attorney General by reporting to the to the facility designated by the United States Bureau of Prisons, before 2:00 p.m., on January 6, 2025.

_____      6/3/24
UNITED STATES DISTRICT JUDGE      DATE

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine or both.

_____      _____
(Attorney/Witness)      (Defendant)

cc: U.S. Marshal, SDNY
    Probation Dept, SDNY
    U.S. Attorney, SDNY
    Pretrial Office, SDNY
    Defense Counsel