UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANJAY LAFOREST,

                    Petitioner,

          -against-

UNITED STATES OF AMERICA,

                    Respondent.

25-CV-9942 (CM)
21 CR 272-04 (CM)

### ORDER REGARDING DEFENDANT'S MOTION TO VACATE JUDGMENT

McMahon, J.:

Sanjay Laforest has filed a motion pursuant to 28 U.S.C. § 2255 asking the Court to vacate his criminal judgment in 21 CR 272-04 (CM), citing various grounds of ineffective assistance of counsel. (Dkt. 1).

The Government is to respond to the motion within 30 days.

The Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Dated:    December 2, 2025
          New York, New York

_____
COLLEEN McMAHON
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-2-25